| AO 10<br>Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2013 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>COLE, JEFFREY N. | 2. Court or Organization<br><br>U.S. DISTRICT COURT | 3. Date of Report<br><br>05/01/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>FULL TIME MAGISTRATE JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

U.S. COURTHOUSE
219 SOUTH DEARBORN STREET
STE 1088
CHICAGO, IL 60604-2025

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| COLE, JEFFREY N. | 05/01/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COLE, JEFFREY N. | 05/01/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. GULF COAST WASTE DISP AU 8/1/2024 6.1% | B | Interest | | | Sold | 07/08/13 | K | | |
| 2. ALTRIA GROUP - KRAFT FOODS | B | Dividend | | | Sold | 02/11/13 | K | | |
| 3. INTEL CORP | B | Dividend | K | T | | | | | |
| 4. PHILIP MORRIS INT'L | A | Dividend | J | T | | | | | |
| 5. MICROSOFT CORP | A | Dividend | K | T | | | | | |
| 6. WAL-MART STORES | A | Dividend | J | T | | | | | |
| 7. SCHWAB ACCOUNTS | B | Dividend | J | T | Sold (part) | 04/17/13 | K | D | |
| 8. BANK OF AMERICA | A | Interest | K | T | | | | | |
| 9. MAY DEPT STORES 8.3% DEB 7/15/2026 - IRA | C | Interest | K | T | | | | | |
| 10. EXECUTIVE RISK CAPITAL TR 2/1/2027 - 8.675% - IRA | C | Interest | K | T | | | | | |
| 11. ACE LTD SER C 7.8% - IRA | C | Interest | K | T | | | | | |
| 12. RESOLUTION FDG CORP 10/15/2016 - IRA | E | Interest | K | T | | | | | |
| 13. DUKE CAPITAL SR NOTES 2/15/2013 6.25% -IRA | B | Interest | K | T | | | | | |
| 14. AVON PRODUCTS 4.8% 3/1/13 | A | Interest | | | Sold | 03/01/13 | K | | |
| 15. LEUCADIA NAT'L 11/15/2013 7.75% - IRA | B | Interest | K | T | | | | | |
| 16. NCNB 7/15/2015 10.2% - IRA | B | Interest | K | T | | | | | |
| 17. NAT'L RURAL UTILITY COOP 10/1/2015 7.2% - IRA | B | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COLE, JEFFREY N. | 05/01/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ITT HARTFORD GRP DEB 11/1/2015 7.3% - IRA | B | Interest | K | T | | | | | |
| 19. ALLEGIENCE CORP DEB 10/815/2016 7.8% - -IRA | B | Interest | K | T | | | | | |
| 20. RYDER SYSTEMS DEB 5/15/2017 9+.875% - IRA | C | Interest | K | T | | | | | |
| 21. CITICORP CAPITAL 2/15/2027 7.933% - IRA | C | Interest | K | T | | | | | |
| 22. ST PAUL CAPITAL TR PFD 7.6% - IRA | C | Interest | K | T | | | | | |
| 23. TXU CORP - IRA | B | Dividend | K | T | | | | | |
| 24. BAXTER, INT'L - IRA | B | Dividend | J | T | | | | | |
| 25. EXXONMOBIL - IRA | B | Dividend | K | T | | | | | |
| 26. HOME DEPOT - IRA | B | Dividend | J | T | | | | | |
| 27. JOHNSON & JOHNSON - IRA | B | Dividend | J | T | | | | | |
| 28. MICROSOFT - IRA | B | Dividend | J | T | | | | | |
| 29. WAL-MART STORES - IRA | B | Dividend | J | T | | | | | |
| 30. WALGREENS - IRA | B | Dividend | J | T | | | | | |
| 31. CAMDEN, ALA INDL DEV BRD RFD 6.125% 12/1/2024 | B | Interest | | | Sold | 12/02/13 | K | | |
| 32. AVAYA | A | Dividend | K | T | | | | | |
| 33. POWERWAVE TECHNOLOGIES | | None | J | T | | | | | |
| 34. LEHMAN BROS HOLDINGS 7.95% | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COLE, JEFFREY N. | 05/01/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐　　NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. CONSELLATION ENERGY GRP JR SUB DEB 8.625% | B | Interest | | | Sold | 06/17/13 | K | | |
| 36. TX MUNI GAS ACQ SPLY SER A 5.25% | B | Interest | K | T | | | | | |
| 37. PEPSICO | B | Dividend | J | T | | | | | |
| 38. CHUBB CORP SR NTS 4/1/2013 5.2% | A | Interest | | | Redeemed | 04/01/13 | K | | |
| 39. WISC ST SER A 5/1/2021 4.5% | C | Interest | K | T | | | | | |
| 40. BROWARD CTY FL SCH BD CTFS SER A 7/1/2013 3.5% | A | Interest | | | Sold | 07/01/13 | K | | |
| 41. JOHN DEERE CAP GLOBAL 1/15/2013 5.1% | A | Interest | | | Sold | 01/15/13 | K | | |
| 42. NAT'L OIL WELL VARCO SR NT 8/15/2015 6.125% | B | Interest | K | T | | | | | |
| 43. ANHEUSER BUSCH GTD NT 11/17/2015 9.75% | C | Interest | L | T | | | | | |
| 44. ASPEN INS HOLDINGS SR NT 8/15/2014 6.0% | B | Interest | | | Sold | 12/16/13 | K | | |
| 45. BB&T CORP SUB NT 6/30/2017 4.9% | B | Interest | K | T | | | | | |
| 46. TRANSOCEAN INC SR NT 3/15/2013 5.25% | A | Interest | | | Sold | 03/15/13 | K | A | |
| 47. GATX CORP FXD RT SR NT 5/15/2015 4.75% | B | Interest | K | T | | | | | |
| 48. QUEST CORP NT 10/1/2014 7.5% | B | Interest | K | T | | | | | |
| 49. SEALED AIR CORP NEW SR NT 6/15/2017 7.875%% | B | Interest | | | Sold | 03/21/13 | K | | |
| 50. TEMPLETON GLOBAL BD FD ADVISOR | B | Dividend | K | T | | | | | |
| 51. ANDARKO PETE CORP SR NT 3/15/2014 - 7.625% - IRA | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COLE, JEFFREY N. | 05/01/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. AMEREM CORP SR NT 5/15/2014 8.875% - IRA | B | Interest | K | T | | | | | |
| 53. BUNGE LTD FIN CORP SR NT 7/15/2015 - 5.1% - IRA | B | Interest | K | T | | | | | |
| 54. HOSPIRA INC NT 5/15/2015 6.4% - IRA | B | Interest | K | T | | | | | |
| 55. WILLIS NO AMER INC SR NT 7/15/2015 5.625% - IRA | B | Interest | K | T | | | | | |
| 56. ENDURANCE SPECIALTY HLDGS LTD SR NT 10/15/2015 6.15% -IRA | B | Int./Div. | K | T | | | | | |
| 57. UNITRIN INC FXD RT SR NT 11/30/2015 6.0% - IRA | B | Interest | K | T | | | | | |
| 58. HORACE MANN EDUCATORS CORP NEW SR NT 4/15/2016 6.85% - IRA | B | Interest | K | T | | | | | |
| 59. ALLIED WORLD ASSUR 8/1/2016 7.5% - IRA | B | Interest | K | T | | | | | |
| 60. FIDELITY NAT'L FINCL NEW SR NT 5/15/2017 6.6% - IRA | A | Interest | K | T | | | | | |
| 61. DREYFUS TREAS PRIME INV SHS MNY MKT | A | Interest | M | T | | | | | |
| 62. DREYFUS TREAS PRIME INV SHS | A | Dividend | N | T | | | | | |
| 63. TEMPLETON GLOBAL BD FD ADVISOR | B | Dividend | L | T | | | | | |
| 64. TEMPLETON GLOBAL BD FD ADVISOR - IRA | C | Dividend | M | T | | | | | |
| 65. CENTRAL GOLDTRUST TR UNIT - IRA | | None | K | T | | | | | |
| 66. CNA FINCL CORP NT 12/15/2014 5.85% - IRA | A | Interest | K | T | | | | | |
| 67. ANNALY CAP MGMT INC - IRA | A | Dividend | K | T | | | | | |
| 68. WALT DISNEY CO NTS 12/15/2013 4.5% | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COLE, JEFFREY N. | 05/01/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. JOHNSON & JOHNSON COM | C | Dividend | L | T | | | | | |
| 70. VANGUARD SHT TERM BD INDEX SIGNAL | B | Dividend | M | T | | | | | |
| 71. DAIMLER INT'L FINCL BV 4/22/2014 4.25% | A | Interest | K | T | | | | | |
| 72. KOENIGREICH NORWEIGAN BD FD 5/15/2013 6.5% | B | Interest | | | Sold | 05/15/13 | K | | |
| 73. FIDELITY FLOATING RATE HI INC | C | Dividend | M | T | Buy (add'l) | 05/15/13 | K | | |
| 74. URANIUM PRTNRS CORP COM | | None | | | Sold | 12/13/13 | K | | |
| 75. TEMPLETON GLOBAL FD ADVISOR | C | Dividend | K | T | | | | | |
| 76. APPLESEED FD | B | Dividend | L | T | Buy (add'l) | 01/03/13 | K | | |
| 77. BMW FINCL NT 4/15/2014 4.25% | A | Interest | K | T | | | | | |
| 78. UBS AG AUSTRALIA BRCH NTS 8/26/2013 6.25% | B | Interest | K | T | | | | | |
| 79. HYUNDAI CAPITAL SVCS 11/27/2013 2.0% | A | Interest | | | Sold | 11/27/13 | K | | |
| 80. THOMSON CORP DEB 12/1/2014 5.2% | B | Interest | K | T | | | | | |
| 81. MARRIOTT INT'L NEW NT SER J 2/15/2013 5.625% - IRA | B | Interest | K | T | | | | | |
| 82. COMMERCIAL METALS CO SR NTS 8/15/2013 5.625% - IRA | B | Interest | K | T | | | | | |
| 83. AMERICAN EXPRESS CR CORP MED TRM NTS 8/20/2013 7.3% - IRA | B | Interest | K | T | | | | | |
| 84. TELECOM ITALIA CAP SR NTS SER B - IRA | B | Interest | K | T | | | | | |
| 85. FIDELITY NAT'L FINCL INC NEW SR NTS 5/15/2017 6.6% - IRA | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COLE, JEFFREY N. | 05/01/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | ORIX CORP NTS 1/12/2016 6.6% - IRA | B | Interest | K | T | | | | | |
| 87. | BEST BUY INC FXD RT NTS 3/15/2016 3.75% - IRA | A | Interest | K | T | | | | | |
| 88. | TRANSATLANTIC HLDGS SR NT 12/14/2015 5.75% - IRA | B | Interest | K | T | | | | | |
| 89. | AVNET INC NTS 9/15/2016 6.625% - IRA | B | Interest | K | T | | | | | |
| 90. | AVON PRODUCTS INC COM | A | Dividend | | | Sold | 04/15/13 | K | | |
| 91. | CENTRAL GOLDTRUST TR UNIT - IRA | | None | L | T | | | | | |
| 92. | NOVARTIS AG ADR - IRA | B | Dividend | L | T | | | | | |
| 93. | SEALED AIR CORP NEW COM - IRA | B | Dividend | K | T | | | | | |
| 94. | STAPLES, INC - IRA | A | Dividend | J | T | | | | | |
| 95. | WESTERN UNION CO COM - IRA | A | Dividend | K | T | | | | | |
| 96. | CENTRAL FD CDA LTD CL A | A | Dividend | K | T | | | | | |
| 97. | WINTERGREEN FD - IRA | A | Dividend | K | T | | | | | |
| 98. | SPROTT PHYSICAL GOLD TR | | None | M | T | | | | | |
| 99. | BK OF NEW YORK MELLON CORP | A | Dividend | K | T | | | | | |
| 100. | HRPT PPTY TR SR NT 10/30/2013 5.75% | A | Dividend | | | Sold | 03/12/13 | K | | |
| 101. | MICROSOFT CORP | B | Dividend | K | T | | | | | |
| 102. | SK TELECOM LTD SPON ADR | B | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COLE, JEFFREY N. | 05/01/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. SAFEWAY INC FXD RT NT 3.4% 12/1/2016 | A | Interest | K | T | | | | | |
| 104. GOOGLE INC CL A | | None | L | T | | | | | |
| 105. TESCO PLC SPON ADR | B | Dividend | K | T | Buy (add'l) | 06/05/13 | K | | |
| 106. WESTERN UNION CO NT 10/1/2016 5.93% | B | Interest | K | T | | | | | |
| 107. NABORS INDS LTD | A | Dividend | K | T | Buy (add'l) | 05/15/13 | J | | |
| 108. WESTERN UNION CO | A | Dividend | K | T | | | | | |
| 109. ISHARES JP MORGAN USD EMERGING MKT BD FD | | None | | | Buy | 01/02/13 | K | | |
| 110. ISHARES JP MORGAN USD EMERGING MKT BD FD | | None | | | Sold | 02/19/13 | K | | |
| 111. MENDHAM TWP NJ BRD ED MORRIS CTY 2.5% 12/1/13 | A | Interest | | | Buy | 05/29/13 | L | | |
| 112. MENDHAM TWP NJ BRD ED MORRIS CTY 2.5% 12/1/13 | | None | | | Sold | 12/03/13 | K | | |
| 113. EMBRAER OVERSEAS LTD 6.375% 1/24/17 | | None | K | T | Buy | 10/30/13 | K | | |
| 114. PPL ENERGY SUPPLY 6.5% 5/1/18 | A | Interest | K | T | Buy | 10/08/13 | K | | |
| 115. TECH DATA CORP BSR NT 9/21/12 | A | Interest | K | T | Buy | 08/06/13 | K | | |
| 116. TIME WARNER CABLE 5.85% 5/1/17 | A | Interest | K | T | Buy | 07/30/13 | K | | |
| 117. AVON PRODUCTS INC | A | Interest | K | T | Buy | 11/14/13 | K | | |
| 118. EXELON GENERATION CO | | None | K | T | Buy | 12/12/13 | K | | |
| 119. EXELON CORP COM | A | Dividend | K | T | Buy | 06/12/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COLE, JEFFREY N. | 05/01/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. POTLATCH CORP NEW | A | Interest | K | T | Buy | 09/25/13 | K | | |
| 121. STAPLES, INC | A | Dividend | K | T | Buy | 03/06/13 | K | | |
| 122. TEVA PHARMACEUTICAL | A | Dividend | K | T | Buy | 08/16/13 | K | | |
| 123. DEUTSCHE TELEKOM AG TERM NTS 3.625% 5/22/17 | A | Interest | K | T | Buy | 02/13/13 | K | | |
| 124. HERBALLIFE LTD USD | A | Dividend | | | Buy | 04/02/13 | K | | |
| 125. HERBALLIFE LTD USD | | None | | | Sold | 09/18/13 | L | E | |
| 126. AIR LEASE CORP SR | A | Interest | K | T | Buy | 09/17/13 | K | | |
| 127. DELL INC FXD RT | A | Interest | K | T | Buy | 04/25/13 | K | | |
| 128. JABIL CIRCUIT INC SR | | None | K | T | Buy | 09/04/13 | K | | |
| 129. JEFFRIES GROUP INC | A | Interest | K | T | Buy | 05/10/13 | K | | |
| 130. LEXMARK INT'L INC | | None | K | T | Buy | 12/17/13 | K | | |
| 131. McDERMOTT INT'L INC | | None | K | T | Buy | 10/16/13 | K | | |
| 132. MOSAIC CO NEW | A | Dividend | K | T | Buy | 10/01/13 | K | | |
| 133. NEWMONT MNG CORP 5.125% 10/1/19 | | None | K | T | Buy | 12/09/13 | K | | |
| 134. TITAN INT'L INC ILL | A | Dividend | K | T | Buy | 07/16/13 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COLE, JEFFREY N. | 05/01/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ JEFFREY N. COLE**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544